UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MURPHY          :

v.              :    NO. 3:03cv584 (JBA)

GC SVC.         :

### NOTICE TO ALL PARTIES

Under D. Conn. L. Civ. R. 41(a), this matter had deadlines established by the Court pursuant to Rule 16 which appear not to have been met, and no satisfactory explanation having been submitted, notice of proposed dismissal to all parties of record is hereby given that if no action is taken and no satisfactory explanation is submitted to the Court within twenty (20) days, this case will be subject to dismissal.

Accordingly, an order of dismissal may be entered by the Court on February 29, 2004 unless satisfactory explanation or documentation is received by the Court on or before this date as set forth above.

BY ORDER OF THE CLERK,
KEVIN F. ROWE

Betty J. Today
Courtroom Deputy

Dated at New Haven, Connecticut:    February 09, 2004